Mary E. Lockington, SBN 206685
**LOCKINGTON LAW GROUP**
400 Oceangate, Suite 700
Long Beach, CA 90802
TEL (562) 435-2925
FAX (562) 901-9972
MLockington@Lockingtonlawgroup.com

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT IF CALIFORNIA

| | |
|---|---|
| DENISE SHULER, an individual and as Successor In Interest on behalf of FRANCES ANN RIEDEL, deceased;<br><br>Plaintiff,<br><br>vs.<br><br>EMERICARE INC., a Delaware Corporation, doing business as BROOKDALE SAN DIMAS; BROOKDALE LIVING COMMUNITIES INC., a Delaware Corporation; and DOES 1 - 60,<br><br>Defendants,<br><br>MICHAEL STONE, an individual; and RANI RIEDEL, an individual<br><br>Nominal Defendants. | Case No.: 2:17-cv-2684 JAK (Ex)<br><br>**NOTICE OF SETTLEMENT**<br><br>[Re: Los Angeles County Superior Court Case No.: BC651947<br><br>Complaint Filed: February 24, 2017<br>Trial Date: None<br><br>**CTRM: 10B**<br>**JUDGE: JOHN A. KRONSTADT** |

NOTICE OF SETTLEMENT
- 1 -

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND THE CLERK IN THE ABOVE-ENTITLED COURT:**

Please take notice that Plaintiff, DENISE SHULER, and Defendants, EMERICARE INC, doing business as BROOKDALE SAN DIMAS ("Emericare") and BROOKDALE LIVING COMMUNITIES INC., ("Brookdale")(hereinafter "Defendants") have settled the above entitled matter and intend to file a Dismissal with Prejudice within 60-days of this notice.

Dated: October 17, 2017        LOCKINGTON LAW GROUP

By: _____
Mary E. Lockington
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

*Denise Shuler, et al. vs. Emericare, Inc., et al.*
U.S. District Court – Central

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, an employee of Lockington Law Group, located at 400 Oceangate, Suite 700, Long Beach, CA 90802 declare under penalty of perjury that I am over the age of eighteen (18) and not a party to the within matter, action or proceeding.

On October 17, 2017, pursuant to the Court's Electronic Filing System, I submitted an electronic version of the following document(s) via file transfer protocol:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND**

[X]  **BY U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Ashley A. Escudero
AEscudero@mpplaw.com
MORRIS POLICH & PURDY LLP
600 W. Broadway, Suite 500
San Diego, CA 92101
Phone: (619) 557-0404
Fax: (619) 557-0460
**Attorney for Defendants**

[X]  **FEDERAL** – I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 17, 2017, at Long Beach, California.

                                          */s/ Mary E. Lockington*
                                          Mary E. Lockington