1

2

3

4

5

6

7

8

9

10

11

12  DENISE SHULER, an individual and as      Case No.:  2:17-cv-2684 JAK (Ex)
    Successor In Interest on behalf of
13  FRANCES ANN RIEDEL, deceased;            **ORDER RE STIPULATION TO**
                                             **DISMISS CASE**
14          Plaintiff,
                                             <mark>**JS-6**</mark>
15  vs.

16  EMERICARE INC., a  Delaware
    Corporation, doing business as
17  BROOKDALE SAN DIMAS;
    BROOKDALE LIVING
18  COMMUNITIES INC., a Delaware
    Corporation; and DOES 1 - 60,
19
20
            Defendants,
21  MICHAEL  STONE,  an  individual;  and
22  RANI RIEDEL, an individual

23          Nominal Defendants.

24

25

26       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

27       Having considered parties' Stipulation to Dismiss and Plaintiff's Declaration

28  at Dkt. 48, the Court GRANTS the Stipulation. The case is dismissed with

_____

prejudice, which includes the defaulted Nominal Defendants, Ranio Riedel and Michael Stone.

**IT IS SO ORDERED.**

Dated: December 28, 2017

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE